**Eric X. RAMBERT, Appellant**

v.

**BOARD OF PROBATION AND PAROLE, John Deitrict, Corrections Counselor, Carrington, Parole Agent Supervisor, John/Jane Doe, Records Supervisor, John E. Wetzel, Secretary, Appellees**

**No. 30 WAP 2016**

Supreme Court of Pennsylvania.

December 2, 2016

## ORDER

PER CURIAM

**AND NOW,** this 2nd day of December, 2016, the Notice of Appeal is Quashed.